**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ARMBRISTER,<br>　　　　　Plaintiff<br>　　v.<br>SANDOVAL,<br>　　　　　Defendants. | Case No. 5:20-cv-00034-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 1, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE